No. 77–939. BLIZZARD *v.* MAHAN, PRISON SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–959. HULVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–960. CLINTON MUNICIPAL SEPARATE SCHOOL DISTRICT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–976. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–999. HELFER *v.* UNITED STATES;

No. 77–5991. GENTRY *v.* UNITED STATES; and

No. 77–6052. HORNSTEIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 77–1001. MARKLEY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 77–1005. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–1034. NOGUERAS ET AL. *v.* PUERTO RICO INTERNATIONAL AIRLINES, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–1035. VICE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–1043. STIFEL, NICOLAUS & CO., INC., ET AL. *v.* GARNATZ. C. A. 8th Cir. Certiorari denied. 

No. 77–1073. LEE PHARMACEUTICALS *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (DEN-MAT, INC., ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.